IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO.: 5:06-CV-00125

| | |
|---|---|
| REBECCA S. SMITH, individually, and on behalf of a class of those similarly situated,<br>    Plaintiffs,<br><br>vs.<br><br>GMAC MORTGAGE CORPORATION,<br>    Defendant. | **ORDER** |

**THIS MATTER** comes before the Court on Defendants' Motion To Dismiss and Memorandum In Support, both filed October 19, 2006. (Documents #4, #5, #6) Having considered the submissions of the parties, the Court hereby orders the Plaintiff to submit, as an exhibit (or exhibits), a copy of the contract (original mortgage agreement) and any related documents (e.g., lender's assignment of rights under the mortgage agreement) that are at issue in this case **on or before Friday, May 25, 2007**.

Signed May 21, 2007

Richard L. Voorhees
United States District Judge